UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NORTHWEST ADMINISTRATORS, INC., <br><br> Plaintiff, <br><br> vs. <br><br> ACE PARKING MANAGEMENT, INC., a California corporation, <br><br> Defendant. | NO. C18-1354 RSM <br><br> STIPULATION AND ORDER TO EXTEND THE ANSWER DEADLINE |

## **STIPULATION**

The undersigned parties hereby stipulate to extend the deadline for Defendant to file its responsive pleading, to November 19, 2018, without waiver of any defenses, such as defective service, lack of jurisdiction, statute of limitations, preemption, waiver, or failure to state a claim.

DATED this 15th day of October, 2018.

By: *s/ Catharine M. Morisset*
Catharine M. Morisset, WSBA #29682
Melissa Shimizu, *Pro Hac Vice Pending*
FISHER & PHILLIPS LLP
1201 Third Avenue, Suite 2750
Seattle, WA 98101
Phone: (206) 682-2308
Email: cmorisset@fisherphillips.com
*Attorneys for Defendant*

By: *Russell J. Reid (with email permission)*
Russell J. Reid, WSBA #2650
REID, MCCARTHY, BALLEW & LEAHY, LLP
100 West Harrison Street, North Tower, #300
Seattle, WA 98119
Phone: (206) 285-0464
Fax:  (206) 285-8925
Email:  rjr@rpmb.com
*Attorneys for Plaintiff*

STIPULATION AND ORDER TO EXTEND THE
ANSWER DEADLINE (18-1354) - Page 1

FISHER & PHILLIPS LLP
1201 THIRD AVENUE, SUITE 2750
SEATTLE, WA 98101
(206) 682-2308

FPDOCS 34588625.3

# **ORDER**

Based on the foregoing Stipulation, it is hereby ORDERED that Defendant's deadline to file a responsive pleading is extended to November 19, 2018

DATED this 18th day of October 2018.

*[signature]*

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

STIPULATION AND ORDER TO EXTEND THE
ANSWER DEADLINE (18-1354) - Page 2

FISHER & PHILLIPS LLP
1201 THIRD AVENUE, SUITE 2750
SEATTLE, WA 98101
(206) 682-2308

FPDOCS 34588625.3

# CERTIFICATE OF SERVICE

I hereby certify that on the date below written, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system and caused to be served a true and correct copy of same by the method indicated below and addressed as follows:

Russell J. Reid, WSBA #2650
Reid, McCarthy, Ballew & Leahy, LLP
100 West Harrison Street, North Tower, #300
Seattle, WA 98119
Phone: (206) 285-0464
Fax: (206) 285-8925
Email: rjr@rpmb.com
*Attorneys for Plaintiff*

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on October 15, 2018, in accordance with 28 USC 1746.

_____
Jazmine Matautia

STIPULATION AND ORDER TO EXTEND THE
ANSWER DEADLINE (18-1354) - Page 3

FISHER & PHILLIPS LLP
1201 THIRD AVENUE, SUITE 2750
SEATTLE, WA 98101
(206) 682-2308

FPDOCS 34588625.3