UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| NORTHWEST ADMINISTRATORS, INC., <br><br> Plaintiff, <br><br> v. <br><br> ACE PARKING MANAGEMENT, INC., a California corporation, <br><br> Defendant. | NO. C18-01354-RSM <br><br> STIPULATED MOTION TO CONTINUE COURT DATES |

THE PARTIES above named, through their attorneys Russell J. Reid of Reid, McCarthy, Ballew & Leahy, L.L.P., attorneys for Plaintiff, and Catharine Morisset of Fisher & Phillips, LLP, attorneys for Defendant, Ace Parking Management, Inc., hereby stipulate that pursuant to the Court's Order Regarding Initial Disclosures, Joint Status Report, and Early Settlement dated October 2, 2018 scheduling deadlines for the FRCP Conference for October 30, 2018, Initial Disclosures for November 13, 2018, and Joint Status Report for November 13, 2018, pray the Court for a 30-day continuance of each of said dates, as the parties are in settlement discussions.

Based on the above, an extension of 30 days for each of the scheduled dates referenced above should be granted.

DATED this 13th day of November, 2018.

| REID, McCARTHY, BALLEW & LEAHY, L.L.P. | FISHER & PHILLIPS LLP |
|---|---|
| */s/Russell J. Reid* | */s/Catharine M. Morisset, per e-mail authority* |
| Russell J. Reid, WSBA #2560 | Catharine M. Morisset, WSBA #29682 |
| Attorney for Plaintiff | Attorney for Defendant |

ORDER GRANTING MOTION FOR CONTINUANCE OF COURT DATES

Based on the foregoing Stipulation of Plaintiff and Defendant,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the parties' Stipulated Motion to Continue Court Dates has been granted as follows:

Deadline for FRCP 26(f) conference……………..November 30, 2018

Initial Disclosures Pursuant to FRCP 26(a)…… December 6, 2018

Combined Joint Status Report and Discovery Plan as Required by FRCP 26(f), and Local Rule CR 16……………………………………… December 13, 2018

DATED this 14 day of November 2018.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

Presented for Entry by:

*/s/Russell J. Reid*
Russell J. Reid, WSBA #2560
of Reid, McCarthy, Ballew & Leahy, L.L.P.
Attorney for Plaintiff