UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| NORTHWEST ADMINISTRATORS, INC., <br><br> Plaintiff, <br><br> v. <br><br> ACE PARKING MANAGEMENT, INC., a California corporation, <br><br> Defendant. | NO. C18-01354-RSM <br><br> STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE |

THE PARTIES above named, through their attorneys Russell J. Reid of Reid, McCarthy, Ballew & Leahy, L.L.P., attorneys for Plaintiff, and Catharine Morisset of Fisher & Phillips, LLP, attorneys for Defendant, Ace Parking Management, Inc., hereby stipulate that the above-referenced action should be dismissed, with prejudice, and with each party bearing its own attorneys' fees and costs.

DATED this *14th* day of November, 2018.

| | |
|---|---|
| REID, McCARTHY, BALLEW & LEAHY, L.L.P. | FISHER & PHILLIPS LLP |
| | |
| */s/Russell J. Reid* | s/Catharine Morisset, per email authority |
| Russell J. Reid, WSBA #2560 | Catharine M. Morisset, WSBA #29682 |
| Attorney for Plaintiff | Attorney for Defendant |

STIPULATION AND ORDER FOR DISMISSAL
WITH PREJUDICE – C18-01354-RSM
Page 1 of 2

## ORDER OF DISMISSAL

Based on the foregoing Stipulation of Plaintiff and Defendant,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that this action shall be and is hereby dismissed with prejudice and that each party shall bear its own attorneys' fees and costs of suit.

DATED this 15th day of November 2018.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

Presented for Entry by:

*/s/Russell J. Reid*
Russell J. Reid, WSBA #2560
of Reid, McCarthy, Ballew & Leahy, L.L.P.
Attorney for Plaintiff